**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Federal Trade Commission,                             08cv6379        (JNE/JJG)

v.

Lundbeck, Inc.,

_____

State of Minnesota,                                   08cv6381        (JNE/JJG)

v.

Lundbeck, Inc.,

_____

Connecticut Children's Medical Center,                09cv1652        (ADM/FLN)

v.

Lundbeck, Inc., et al,

_____

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

Case Nos. 08cv6379 and 08cv6381 having been assigned to Judge Joan N. Ericksen and Magistrate Judge Jeanne J. Graham and Case No. 09cv1652 having later been assigned to Judge Ann D. Montgomery and Magistrate Judge Franklin L. Noel, said matters being related cases,

**IT IS HEREBY ORDERED** That Case No 09cv1652 be assigned to Judge Joan N. Ericksen and Magistrate Judge Jeanne J. Graham, *nunc pro tunc,* by use of a card on the Antitrust list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated December 19, 2008.

DATED: July 6, 2009                   s/ Joan N. Ericksen
                                      JOAN N. ERICKSEN, Judge
                                      United States District Court

DATED: July 6, 2009                   s/ Ann D. Montgomery
                                      ANN D. MONTGOMERY, Judge
                                      United States District Court